**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NHAN LUONG** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 23-4761** |
| | : | |
| **TRANS UNION, LLC, EXPERIAN** | : | |
| **INFORMATION SOLUTIONS, INC.,** | : | |
| **EQUIPFAX INFORMATION** | : | |
| **SERVICES, LLC, and BANK OF** | : | |
| **AMERICA, N.A.** | : | |

# <u>ORDER</u>

**NOW**, this 22nd day of December 2023, upon reviewing Plaintiff and Bank of America N.A.'s Stipulation for extension only as to the Bank's obligations under the Federal Rules (ECF No. 5), finding limited good cause and to ensure we comply with Rule 1 as to all parties, it is **ORDERED:**

1.      We **amend** the caption as above to reflect the parties' agreement as to the correct name for the Bank;

2.      We **approve** the Stipulation (ECF No. 5) to allow Bank of America, N.A. to respond to the Complaint (ECF No. 1) by no later than **February 3, 2024;** and,

3.      The parties are granted leave to, by **February 3, 2024,** either: file a consent to our Court's arbitration track mindful we do not extend the arbitration hearing date; or **show cause** in memoranda not exceeding five pages as to why we should not transfer this matter to our arbitration track.

_____
**KEARNEY, J.**