# VULLINGS LAW GROUP, LLC

Attorneys At Law

3953 RIDGE PIKE
SUITE 102
COLLEGEVILLE, PENNSYLVANIA  19426
(610) 489-6060
(610) 489-1997 FAX

BRENT F. VULLINGS

Admitted in  PA, NJ, NY & DC

bvullings@vullingslaw.com

February 20, 2024

**VIA ECF**
Honorable Mark A. Kearney
Room 6613, U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   Nhan Luong v. Trans Union, LLC, et. al.
         USDC, E.D. Pa., 2:23-cv-04761-MAK

Your Honor:

Kindly be advised the above referenced matter has been recently settled as to Defendant Experian Information Solutions only. We are waiting for circulation of the necessary paperwork in order to finalize the settlement.

Thank you for your time and consideration of this matter.

Sincerely,

Brent F. Vullings, Esq.

BFV:fc
cc:   Camille R. Nicodemus (via ECF)
         Paul L. Myers (via ECF)
         Sydney O. Burden (via ECF)

Letter to Honorable Mark A. Kearney
February 20, 2024
Page 2 of 2

    Mikaila Julianne John (via ECF)
    N. Charles Campbell (via ECF)
    Vincent M. Roskovensky (via ECF)
    Gregory E. Dapper (via ECF)

Case 2:23-cv-04761-MAK    Document 29    Filed 02/20/24    Page 2 of 2