IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NHAN LUONG | : CIVIL ACTION |
| | : |
| v. | : NO. 23-4761 |
| | : |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and BANK OF AMERICA, N.A. | : : : : |

# ORDER

**AND NOW**, this 13th day of March 2024, it having been reported Plaintiff's claims against Trans Union, LLC only have been settled (ECF No. 34) after advising settlement with Experian Solutions, Inc. on February 20, 2024, and for good cause, it is **ORDERED**:

1. Plaintiffs' claims against Trans Union, LLC <u>only</u> are **DISMISSED** with prejudice under Local Rule of Civil Procedure 41.1(b);[1]

2. The Clerk of Court and parties shall **amend** the caption as above; and,

3. Plaintiff shall **show cause**, in memoranda not exceeding three pages filed on or before **March 15, 2024** why we should not vacate the January 25, 2024 default and dismiss Experian Solutions, Inc. consistent with Plaintiff's February 20, 2024 letter reporting settlement with Experian Solutions, Inc. (ECF No. 29).

**KEARNEY, J.**

---

[1] Local Rule 41.1(b) provides:

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).