**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NHAN LUONG** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-4761** |
| | : | |
| **EQUIFAX INFORMATION** | : | |
| **SERVICES, LLC, and BANK OF** | : | |
| **AMERICA, N.A.** | : | |

## ORDER

**AND NOW**, this 18th day of March 2024, Plaintiff having failed to show cause as to why

Experian Solutions, Inc. should not be dismissed consistent with our March 13, 2024 Order (ECF

No. 35), and for good cause consistent with the February 20, 2024 letter advising of a settlement,

it is **ORDERED**:

1.      We **vacate** the January 25, 2024 default entered against Experian Solutions, Inc.;

2.      Plaintiffs' claims against Experian Solutions, Inc. only are **DISMISSED** with

prejudice under Local Rule of Civil Procedure 41.1(b);[1] and,

3.      The Clerk of Court and parties shall **amend** the caption as above.

_____
**KEARNEY, J.**

---

[1] Local Rule 41.1(b) provides:

    [a]ny such order of dismissal may be vacated, modified, or stricken from the record,
for cause shown, upon the application of any party served within ninety (90) days
of the entry of such order of dismissal, provided the application of the ninety-day
time limitation is consistent with Federal Rule of Civil Procedure 60(c).