IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NHAN LUONG | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-4761 |
| | : | |
| BANK OF AMERICA, N.A. | : | |

## ORDER

AND NOW, this 4th day of April 2024, it having been reported Plaintiff's claims against Equifax Information Services, LLC only have been settled (ECF No. 38), and for good cause, it is **ORDERED**:

1. Plaintiffs' claims against Equifax Information Services, LLC <u>only</u> are **DISMISSED** with prejudice under Local Rule of Civil Procedure 41.1(b);[1] and,

2. The Clerk of Court and parties shall **amend** the caption as above.

KEARNEY, J.

---

[1] Local Rule 41.1(b) provides:

[a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).